UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

RONALD WILSON,

        Plaintiff,

   v.                              NO. CIV. S-06-01072 WBS DAD

GMRI, INC. dba RED LOBSTER #693; NDS DEVELOPMENT CORPORATION,

        Defendants.

----oo0oo----

STATUS (PRETRIAL SCHEDULING) ORDER

After reviewing the parties' Joint Status Report, the court hereby vacates the Status (Pretrial Scheduling) Conference scheduled for August 14, 2006, and makes the following findings and orders without needing to consult with the parties any further:

I. SERVICE OF PROCESS

Defendant GMRI, Inc. has been served; defendant NDS Development Corporation has not been served to date.

Plaintiff shall effect service upon the unserved defendant within thirty days of the file-stamped date of this order. The failure to do so may result in the dismissal of the

1  action as against the then-unserved defendant.
2          Except as so provided, no further service is permitted
3  without leave of court, good cause having been shown under Fed.
4  R. Civ. P. 16(b).

## II.  JOINDER OF PARTIES/AMENDMENTS

6          No further joinder of parties or amendments to
7  pleadings is permitted except with leave of court, good cause
8  having been shown under Fed. R. Civ. P. 16(b).  See Johnson v.
9  Mammoth Recreations, Inc., 975 F.2d 604 (9th Cir. 1992).

## III. JURISDICTION/VENUE

11         Jurisdiction is predicated upon 28. U.S.C. § 1331
12 (federal question), 42 U.S.C. § 12101, et seq. (The Americans
13 with Disabilities Act), 28 U.S.C. § 1367 (supplemental
14 jurisdiction) and 28 U.S.C. § 1343 (civil rights and elective
15 franchise).  Venue is undisputed and is hereby found to be
16 proper.

## IV.  DISCOVERY

18         Each party will serve the initial disclosures required
19 by Fed. R. Civ. P. 26 (a)(1) by no later than September 29, 2006.
20         Plaintiff shall disclose experts and produce reports
21 in accordance with Fed. R. Civ. P. 26(a)(2) by no later than
22 January 26, 2007.
23         Defendant shall disclose experts and produce reports
24 in accordance with Fed. R. Civ. P. 26(a)(2) by no later than
25 February 23, 2007.
26         With regard to expert testimony intended solely for
27 rebuttal, those experts shall be disclosed and reports produced
28 in accordance with Fed. R. Civ. P. 26(a)(2) on or before March 9,

2007.

All discovery, including depositions for preservation of testimony, is left open, save and except that it shall be so conducted as to be <u>completed</u> by March 30, 2007.  The word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relevant to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed.  All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this court and so that such motions may be heard (and any resulting orders obeyed) not later than March 30, 2007.

V.   MOTION HEARING SCHEDULE

All motions, except motions for continuances, temporary restraining orders or other emergency applications, shall be filed on or before  May 31, 2007.  All motions shall be noticed for the next available hearing date.  Counsel are cautioned to refer to the local rules regarding the requirements for noticing and opposing such motions on the court's regularly scheduled law and motion calendar.

VI.   FINAL PRETRIAL CONFERENCE

The Final Pretrial Conference is set for  August 13, 2007 at 10:00 a.m. in Courtroom No. 5.   The conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

Counsel for all parties are to be fully prepared for trial at the time of the Pretrial Conference, with no matters remaining to be accomplished except production of witnesses for

oral testimony.  Counsel shall file separate pretrial statements, and are referred to Local Rules 16-281 and 16-282 relating to the contents of and time for filing those statements.  In addition to those subjects listed in Local Rule 16-281(b), the parties are to provide the court with: (1) a plain, concise statement which identifies every non-discovery motion which has been made to the court, and its resolution; (2) a list of the remaining claims as against each defendant; and (3) the estimated number of trial days.

In providing the plain, concise statements of undisputed facts and disputed factual issues contemplated by Local Rule 16-281(b)(3)-(4), the parties shall emphasize the claims that remain at issue, and any remaining affirmatively pled defenses thereto.  If the case is to be tried to a jury, the parties shall also prepare a succinct statement of the case, which is appropriate for the court to read to the jury.

VII.  TRIAL SETTING

The court trial is set for October 23, 2007 at 9:00 a.m. in Courtroom No. 5.

VIII.  SETTLEMENT CONFERENCE

A Settlement Conference will be set at the time of the Pretrial Conference.

All parties should be prepared to advise the court whether they will stipulate to the trial judge acting as settlement judge and waive disqualification by virtue thereof.

Counsel are instructed to have a principal with full settlement authority present at the Settlement Conference or to be fully authorized to settle the matter on any terms.  At least

seven calendar days before the Settlement Conference counsel for each party shall submit a confidential Settlement Conference Statement for review by the settlement judge.  If the settlement judge is not the trial judge, the Settlement Conference Statements shall not be filed and will not otherwise be disclosed to the trial judge.

IX.   MODIFICATIONS TO SCHEDULING ORDER

Any requests to modify the dates or terms of this Scheduling Order, except requests to change the dates of the final Pretrial Conference or trial, may be heard and decided by the assigned Magistrate Judge.  All requests to change the dates of the Pretrial Conference and/or trial shall be heard and decided only by the undersigned judge.

DATED:  August 7, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE