1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10                           ----oo0oo----

11  RONALD WILSON,
                                    CASE NO. CIV-06-01072 WBS DAD
12           Plaintiff,

13       v.

14  GMRI, INC., dba RED LOBSTER
    #693; NDS DEVELOPMENT
15  CORPORATION,

16           Defendants.
    _____/
17                                              ORDER
    RONALD WILSON,
18
             Plaintiff,
19
         v.
20                                  CASE NO. CIV-06-1392 FCD JFM
    GMRI, INC. dba THE OLIVE
21  GARDEN ITALIAN RESTAURANT
    #1418; NDS DEVELOPMENT
22  CORPORATION

23           Defendants.
    _____/
24

25           The court has received the Notice and Motion to Relate

26  Cases concerning the above-captioned cases filed on August 7,

27  2006.  See Local Rule 83-123.  Specifically, counsel for

28  defendants points out that both cases are brought by the same

1  plaintiff and involve restaurants in the same shopping center.
2  However, the attorneys for the plaintiffs in these actions bring
3  hundreds of actions each year, and it is not uncommon for many of
4  them to involve business establishments in the same shopping
5  center.  It would be impractical for the court to adjust its
6  calendar to assure that cases involving a single shopping center
7  be assigned to a single judge.  Nor would it be practical to
8  assign all cases involving a single plaintiff to a single judge.
9  Indeed, the identity of the plaintiff is of little importance in
10 this type of action.  Of greater significance is the nature and
11 degree of the alleged barriers.  Although plaintiffs in these
12 cases commonly complain about the same kinds of alleged barriers,
13 the relevant inquiry is typically specific to the individual
14 case.
15          The court has, accordingly, determined that it is
16 inappropriate to relate or reassign the cases at this time, and
17 therefore declines to do so.  This order is issued for
18 informational purposes only, and shall have no effect on the
19 status of the cases, including any previous Related (or Non-
20 Related) Case Order of this court.
21          IT IS SO ORDERED.
22 DATED: August 9, 2006

*[signature: William B. Shubb]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE