1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:   (530) 895-3252
4  Fax:   (530) 894-8244

5  Attorneys for Plaintiff

6  MARTIN ORLICK, SBN 83908
   JEFFER MANGLES BUTLER & MARMARO, LLP
7  Two Embarcadero Center, 5th Floor
   San Francisco, CA 94111
8  Telephone: (415) 398-8080
   Fax: (415) 398-5584
9
   Attorney for Defendants
10

11
                    UNITED STATES DISTRICT COURT
12
                    EASTERN DISTRICT OF CALIFORNIA
13

14  RONALD WILSON,                           Case No. CIV. S-06-01072-WBS-DAD

15        Plaintiff,

16  v.                                       **STIPULATION OF DISMISSAL AND
                                             [PROPOSED] ORDER THEREON**
17  GMRI, INC. dba RED LOBSTER #693; NDS
    DEVELOPMENT CORPORATION,
18
          Defendants.
19  _____/

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, RONALD WILSON, and defendants, GMRI, INC. dba RED LOBSTER #693 and NDS DEVELOPMENT CORPORATION, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: January 31, 2007                    DISABLED ADVOCACY GROUP, APLC


                                            /s/ Lynn Hubbard, III
                                            LYNN HUBBARD, III
                                            Attorney for Plaintiff

Dated: January 31, 2007                    JEFFER, MANGELS, BUTLER & MARMARO


                                            /s/ Martin Orlick
                                            MARTIN H. ORLICK, ESQ.
                                            Attorney for Defendants

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-06-01072-WBS-DAD, is hereby dismissed with prejudice.

Dated: January 31, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE